UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JUVENAL V.B., | Case No. 26-CV-0116 (PJS/LIB) |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, Secretary, United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; PETER BERG, Field Office Director of Enforcement and Removal Operations, Saint Paul Field Office; JOEL BROTT, Sherburne County Sheriff, Warden of Sherburne County Jail, | |
| Respondents. | |

---

IT IS HEREBY ORDERED THAT respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated: January 15, 2026, at 11:19 a.m.         /s/ Patrick J. Schiltz
                                               Patrick J. Schiltz, Chief Judge
                                               United States District Court