# UNITED STATES DISTRICT COURT

## District of Minnesota

Juvenal Valerio Barajas,

Petitioner,

v.

Kristi Noem, Pamela Bondi, Peter Berg, Joel Brott,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-116 PJS/LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED IN PART and DENIED IN PART. Specifically, the Court:

   a. DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS respondents from denying release or other relief on the basis that petitioner is subject to mandatory detention under § 1226(b)(2).

   b. ORDERS respondents to provide petitioner a bond hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order.

c. Respondents are ENJOINED from moving petitioner outside of Minnesota prior to the conclusion of the bond hearing, so that petitioner may assist his counsel in preparing for that hearing.

d. If respondents do not provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order, petitioner must be immediately released from detention.

2. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/17/2026

KATE M. FOGARTY, CLERK